**KAREN STOLZBERG**, OSB #83092
kstolzberg@usa.net
PO Box 19699
Portland, Oregon 97280
Telephone: (503) 251-0707
Fax: (844) 895-7503
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **MARGARET M.**<br>**for JULIE H., Deceased**<br><br>Plaintiff,<br><br>vs.<br><br>**COMMISSIONER,**<br>Social Security Administration,<br><br>Defendant. | Civil No.: 3:19-CV-02019-MC<br><br>**ORDER RE: ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |

Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, MARGARET M. For JULIE H., Deceased, on behalf of her attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $11,757.37, plus $400.00 in costs for the filing fee at the US District Court, or $12157.37.

The parties agree that if it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Karen Stolzberg, and mailed to her office at PO Box 19699; Portland, OR 97280.

DATED  6/8/2021

                                          s/Michael J. McShane
                                      UNITED STATES DISTRICT JUDGE

Presented by:

KAREN STOLZBERG
Attorney for Plaintiff