**KAREN STOLZBERG**, OSB #83092
kstolzberg@usa.net
PO Box 19699
Portland, Oregon 97280
Telephone:  (503) 251-0707
Fax:  (844) 895-7503
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARGARET M. for JULIE H., Deceased**<br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>**COMMISSIONER**,<br>Social Security Administration,<br><br>　　　　Defendant. | Civil No. 3:19-cv-02019-MC<br><br>**ORDER REGARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of $33,331.25, less $12,157.37 previously awarded to plaintiff's attorney, Karen Stolzberg pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d).

Therefore, the agency is directed to send to Ms. Stolzberg 406(b) fees in the amount of $21,173.88, less the appropriate processing charge, to plaintiff's attorney at:

　PO Box 19699
　Portland, OR 97280

　IT SO ORDERED.

　Dated ___June 15, 2021_____

　　　　　　　　　　　　　　　　　　　_s/Michael J. McShane_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge

Order for Attorney Fees Under 42 USC 406(B)
Page 1